151 So. 920

## Bennie FOSTER v. STATE.

2 Div. 32.

Supreme Court of Alabama.

Dec. 14, 1933.

694

Harry W. Gamble and Hugh Mallory, Jr., both of Selma, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

FOSTER, Justice.

Affirmed.

All the Justices concur.